Entered on Docket August 3, 2016

**Below is the Judgment of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re<br><br>DELORES LANE,<br><br>          Debtor. | Bankruptcy Case No. 15-16418 |
| DELORES LANE,<br><br>          Plaintiff,<br><br>          v.<br><br>OCWEN FINANCIAL CORPORATION; OCWEN SERVICING, LLC; and NATIONWIDE CREDIT, INC.,<br><br>          Defendants. | Adversary No. 16-01026<br><br>STIPULATED JUDGMENT PARTIALLY AVOIDING LIEN AND GOVERNING TREATMENT OF CLAIM |

This matter came before the Court on the Stipulation of the Parties. Based upon the records on file, the Stipulation, and the representations made therein, IT IS HEREBY ORDERED:

1. The above Defendants hold only a partially-secured lien against the Plaintiff's non-residence property located at 4217 50th Ave South, Seattle, WA 98118, and legally described as:

LOTS 12 AND 13, BLOCK 95, LAKEWOOD REPLAT OF MAYNARD'S LAKE WASHINGTON ADDITION TO THE CITY OF SEATTLE,

STIPULATED JUDGMENT - 1

ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 10 OF PLATS, PAGE 46, IN KING COUNTY, WASHINGTON.

SITUATED IN THE COUNTY OF KING, STATE OF WASHINGTON

(hereinafter, "the Subject Property").

2. Based on the value of the Subject Property and the amount owing to the senior lienholder, Defendants' lien is secured only in the amount of $1,000.

3. Upon payment of $1,000 to Ocwen Loan Servicing, LLC made on or before August 15, 2016, Defendants' lien shall be deemed fully satisfied, and all security interest claimed by the Defendants in the associated Deed of Trust, shall be deemed null, void, avoided and released, such that Defendants hold no security interest as to the Subject Property. The $1,000 payment shall be made by the Chapter 13 Trustee upon entry of this order from funds on hand. The payment shall be sent to:

Adam N. Barasch, Severson & Werson, APC
c/o Ocwen Loan Servicing, LLC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

4. The above release of lien is final and absolute, and is not dependent upon Debtor successfully completing her chapter 13 plan and/or receiving a discharge.

5. This adversary proceeding may be closed upon entry of this stipulated judgment.

/// End of Order ///

Presented by:

*Emily Jarvis*
By: Emily Jarvis, WSBA #41841
Wells and Jarvis, P.S.
Attorneys for Debtor/Plaintiff
500 Union Street, Ste. 502
Seattle, WA 98101-2332
(206) 624-0088

STIPULATED JUDGMENT - 2

Approved for entry:

*/s/ Adam Barasch/*

Adam Barasch, #CSBA #158220
Severson & Werson
Attorneys for Defendants
One Embarcadero Center, 26th Floor
San Francisco, CA 94111

STIPULATED JUDGMENT - 3